Timothy Lee NEWTON, Appellant,

v.

Jeremiah NIXON, Appellee,

No. 04–2562.

United States Court of Appeals,
Eighth Circuit.

Submitted Sept. 30, 2004.

Decided Oct. 12, 2004.

Timothy Lee Newton, Pittsburg, KS, pro se.

Before MURPHY, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Timothy Lee Newton brought an action for damages, claiming the Missouri Attorney General had engaged in fraud when he opposed Newton's earlier federal habeas corpus petition. The district court * viewed this action as an attempt to revive the habeas case, and dismissed the complaint. After careful review, we conclude dismissal was proper under 28 U.S.C. § 1915(e)(2)(B)(I). Newton's action was legally frivolous because it depended on the habeas court's having wrongly determined his petition was time-barred. *See Kelly v. Armstrong*, 141 F.3d 799, 801 (8th Cir.1998) (issue preclusion). Accordingly,

---

* The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

we affirm. We deny Newton's pending motions.

